### LENA CORNELL v. IRA HENDRICKSON.[1]

#### March 1, 1907.

#### Nos. 14,961—(71).

Action in the district court for Yellow Medicine county to recover $2,500 for an alleged assault. The case was tried before Powers, J., and a jury, which rendered a verdict in favor of the plaintiff for $1,250. From an order vacating the verdict and granting a new trial, plaintiff appealed. Affirmed.

*J. N. Johnson*, for appellant.
*Ole Ostensoe*, for respondent.

PER CURIAM.

Action to recover damages for an alleged indecent assault, in which plaintiff had a verdict for $1,250.

The trial court granted a new trial, on the ground that the verdict was not sustained by the evidence and also that the damages were excessive, from which plaintiff appealed. The order is affirmed, under the rule of Hicks v. Stone, 13 Minn. 398 (434), and Mohr v. Williams, 95 Minn. 261, 104 N. W. 12, 1 L. R. A. (N. S.) 439.

Order affirmed.

[1] Reported in 110 N. W. 1132.